

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2014

No. 04-14-00283-CR

**IN RE** Martin **FELAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

On July 21, 2014, relator filed a supplement to his petition for writ of mandamus requesting a writ of prohibition. The panel has considered the supplemental petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's supplemental petition for writ of prohibition is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 25th, 2014.            PER CURIAM

ATTESTED TO: _____
                 Keith E. Hottle
                 Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR2635, styled *The State of Texas v. Martin Felan*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.